UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE THOMAS,

    Plaintiff,

v.

    Case No. 23-cv-10107
    Honorable Linda V. Parker

ACCENT CONTROLS, INC,

    Defendant.
_____/

## OPINION AND ORDER LIFTING STAY AND EXTENDING SCHEDULING ORDER DATES

On January 12, 2023, Plaintiff, with the assistance of counsel, filed this lawsuit against Defendant. On August 5, 2024, Plaintiff's counsel moved to withdraw based on a breakdown of the attorney-client relationship. (ECF No. 29.) The Court held a motion hearing on August 28, at which time Plaintiff indicated that he consented to his counsel's withdrawal. Defendant did not oppose the request either. The Court issued a decision on the same date, granting counsel's motion to withdraw and staying the matter for thirty days to allow Plaintiff to secure new counsel. (ECF No. 32.) The Court instructed that if Plaintiff obtained a new attorney, that individual should file an appearance on the docket before the thirty days expired. (*Id.*) The Court indicated that if no attorney filed an appearance, it would presume Plaintiff was proceeding pro se. (*Id.*)

1

The thirty-day period has expired, and no attorney has appeared for Plaintiff. Accordingly the stay is **LIFTED** and the previous dates in the scheduling order are extended an additional thirty days from the original deadlines. Therefore, the amended dates are as follows:

Discovery Cutoff: November 22, 2024

Dispositive Motions Filed By: February 7, 2025

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 7, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 7, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager